**No. 10-9358. Paul Carrillo, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al.**

565 U.S. 828, 132 S. Ct. 123, 181 L. Ed. 2d 46, 2011 U.S. LEXIS 5696.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 404 Fed. Appx. 218.

**No. 10-9431. Bobby Ray Hunt, Petitioner v. United States.**

565 U.S. 828, 132 S. Ct. 123, 181 L. Ed. 2d 46, 2011 U.S. LEXIS 5478.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 837.

**No. 10-9465. Calvin Battles, Petitioner v. New York.**

565 U.S. 828, 132 S. Ct. 123, 181 L. Ed. 2d 46, 2011 U.S. LEXIS 5454.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 16 N.Y.3d 54, 917 N.Y.S.2d 601, 942 N.E.2d 1026.

**No. 10-9489. Peter Wells, Petitioner v. New York.**

565 U.S. 828, 132 S. Ct. 123, 181 L. Ed. 2d 46, 2011 U.S. LEXIS 5348.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 15 N.Y.3d 927, 915 N.Y.S.2d 896, 941 N.E.2d 739.

**No. 10-9509. Patrick Lang, Petitioner v. David Gundy, Warden.**

565 U.S. 829, 132 S. Ct. 124, 181 L. Ed. 2d 46, 2011 U.S. LEXIS 5592,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 399 Fed. Appx. 969.

**No. 10-9511. Virgilio Maldonado, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 829, 132 S. Ct. 124, 181 L. Ed. 2d 46, 2011 U.S. LEXIS 5801.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 625 F.3d 229.

**No. 10-9512. Kevin Eugene Lee, Petitioner v. United States.**

565 U.S. 829, 132 S. Ct. 124, 181 L. Ed. 2d 46, 2011 U.S. LEXIS 5683.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 625 F.3d 1030.